

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 127TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:

On October 9, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Ken Paxton, in his official capacity as Texas Attorney General, and The State of Texas v. FIEL Houston, Inc.

Court of Appeals No. 15-24-00110-CV
Trial Court No. 2024-43394

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, Fiel Houston, Inc., was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the motion for leave is granted and in all other respects **REMAND** the cause for proceedings in accordance with the Court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Fiel Houston, Inc.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this December 19, 2025.

**CHRISTOPHER A. PRINE, CLERK**